HARRY Z. HARRIS et al., Appellants, *v.* GENERAL MOTORS CORPORATION et al., Respondents.

Argued May 27, 1942; decided June 18, 1942.

*Harry Z. Harris* for appellants.

*Edward B. Wallace, George A. Brooks, Gordon H. Brown* and *John Thomas Smith* for respondents.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.